UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JOE BAILEY | : | DOCKET NO. 1:22-cv-03659 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 18], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Joe Bailey's voluntary motion to dismiss without prejudice [doc. 17] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 5th day of September 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE